# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOSHUA JEFFERS,

    Plaintiff,

v.                                          Case No.  8:11-CV-1834-T-30MAP

POLK COUNTY SHERIFF'S OFFICE,

    Defendant.
_____/

## ORDER

Dawn Holcomb initiated this cause of action by filing a civil rights complaint pursuant to 42 U.S.C. §1983 (Dkt. 1), and a motion to proceed *in forma pauperis* (Dkt. 2) on behalf of Joshua Jeffers, a State of Florida prisoner.[1]  "In all courts of the United States the parties may plead and conduct their own cases *personally or by counsel* as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein." 28 U.S.C. § 1654 (emphasis added). As a non-attorney, Ms. Holcomb may not represent Plaintiff in this case. *See Eagle Assocs. v. Bank of Montreal*, 926 F.2d 1305, 1308 (2d Cir. 1991) (explaining that § 1654 "'does not allow for unlicensed laymen to represent anyone else other than themselves'") (citation omitted).  *See also Hand v. Bibeault*, 400 Fed. Appx. 526, 528 (11th Cir. 2010) (unpublished opinion) ("The Middle District of Florida permits only licensed and

---

[1] Joshua Jeffers, the named Plaintiff, did not sign the complaint.

admitted attorneys, as well as certain eligible law students, to appear as counsel in proceedings before it. See M.D. Fla. R. 2.01(a)-(b), 2.02, 2.05."); *Walker v. Atlanta Pub. Sch.*, 2010 U.S. Dist. LEXIS 66230, at *1 (N.D. Ga. July 2, 2010) ("Section 1654 does not extend the right to file an action *pro se* to the representation of others.") (citing *Devine v. Indian River County School Board*, 121 F.3d 576, 581 (11th Cir. 1997)).

Moreover, the complaint concerns events that occurred on August 15, 2007. The complaint was filed in this Court on Tuesday, August 16, 2011. Therefore, this action is barred by the four-year statute of limitations applicable to § 1983 claims. *See Burton v. City of Belle Glade*, 178 F.3d 1175, 1188 (11th Cir. 1999); *Chappell v. Rich*, 340 F.3d 1279, 1283 (11th Cir. 2003).

Accordingly, the Court **ORDERS** that:

1. The complaint (Dkt. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. The **Clerk** shall terminate all pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 17, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Joshua Jeffers c/o Dawn Holcomb